# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2929
_____

ANTHONY RAY PEEK,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 11, 2025

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Ray Peek, pro se, Petitioner.

Rana Wallace, General Counsel, and Alex Christiano, Senior Attorney, Florida Commission on Offender Review, Tallahassee, for Respondent.